460 A.2d 867

Commonwealth v. Williams, Appellant.
Petition for Allowance of Appeal
Denied Sept. 7, 1983.

Before CAVANAUGH, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

460 A.2d 868

Commonwealth v. Wilson, Appellant.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.